**No. 57645.**—Airport Clearance Service and Fuldheim, Inc., et al. *v.* United States, protests 186951–K, etc. (New York).

Opinion by FORD, J.  At the trial, it was stipulated that the merchandise described on the invoices by item numbers 50139, 50137, 10414, 10383, 50131, 50171, 51/23017, and 12840/1376, whether or not modified or qualified by additional numbers, letters, or other description, consists of veils or veilings, made on a lace or net machine, wholly or in chief value of rayon or other synthetic textile or of silk.  Accepting the stipulation as a statement of fact, the claim of the plaintiffs was sustained as to the above-enumerated item numbers.